# UNITED STATES DISTRICT COURT
### for the
District of Nebraska

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Julio Favela-Perez | )   Case No:   8:12CR282 |
| | )   USM No:   25024-047 |
| Date of Original Judgment:   07/22/2013 | ) |
| Date of Previous Amended Judgment: | )   Julie B. Hansen |
| *(Use Date of Last Amended Judgment if Any)* |   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   108   months **is reduced to**   87 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   07/22/2013   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   12/09/2015

*Judge's signature*

Effective Date:      Laurie Smith Camp, Chief U.S. District Judge
*(if different from order date)*      *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Julio Favela-Perez

CASE NUMBER: 8:12CR282

DISTRICT: District of Nebraska

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: __31__      Amended Total Offense Level: __29__

Criminal History Category: __I__      Criminal History Category: __I__

Previous Guideline Range: __108__ to __135__ months    Amended Guideline Range: __87__ to __108__ months

## II.  SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] The reduced sentence is above the amended guideline range.

## III.  ADDITIONAL COMMENTS

The Defendant's Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 591) is granted and the parties' Amended Stipulation regarding the Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 592) is approved.

The Defendant's Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 581)  and the parties' Stipulation regarding the Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 582) are denied as moot.